UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROLLS-ROYCE SOLUTIONS
AMERICA INC.,

    Plaintiff,

v.

ACS MANUFACTURING, INC.,

    Defendant.

Case No. 21-cv-11979
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    KINIKIA ESSIX
    CLERK OF COURT

By:    s/Holly A. Ryan
    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 3, 2022
Detroit, Michigan